# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

VALUESELLING ASSOCIATES, LLC, a California limited liability company; SALES VISION, LLC, a California limited liability company,

V.

KEVIN TEMPLE, an individual; ENTERPRISE SELLING GROUP, form of entity unknown, and DOES 1 though 50, inclusive,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09 CV 1493 JM (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendants' motion to compel arbitration and dismiss the case............................................
........................................................................................................................................................................
........................................................................................................................................................................

| November 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON November 6, 2009 |

09cv1493-JM(AJB)